UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA         18-CR-49-03-RJA

   -v-                                      REPORT AND RECOMMENDATION

DAMARIO TURPIN,

            Defendant.
_____

By Text Order of the Honorable Richard J. Arcara dated April 8, 2019, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation to the defendant's plea of guilty.

On April 17, 2019, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Fed.R.Crim.P. and that your Honor adjudge the defendant guilty of the offenses to which the guilty plea was offered.

      **SO ORDERED**.

DATED:      April 17, 2019
                 Buffalo, New York

                                                    */s/ Michael J. Roemer*
                                                    MICHAEL J. ROEMER
                                                    United States Magistrate Judge