UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          v.

DAMARIO TURPIN,

          Defendant.

**DECISION AND ORDER**
18-CR-49-A

---

This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On April 17, 2019, defendant Damario Turpin appeared before Magistrate Judge Roemer and entered a plea of guilty to Count 1 of the Indictment which charges a conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 and to a one-Count Information which charges a failure to file an income tax return. Magistrate Judge Roemer has issued a Report and Recommendation (Dkt. No. 205) confirming his oral report and recommendation finding that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. Dkt. No. 210, pp. 56-57. It is hereby

**ORDERED** that upon review of the transcript of the April 17, 2019, change-of-plea proceeding before the Magistrate Judge, the Court finds that defendant Turpin's two plea of guilty were knowing, voluntary, and have a factual basis. Accordingly, defendant Turpin's pleas of guilty are accepted based upon the oral findings and recommendations of the Magistrate Judge as confirmed in the written Report and Recommendation. Dkt. No. 210, pp. 56-57; Dkt. No. 205. The parties are directed

to the Court's Text Order setting a date for sentencing and the submission of sentencing documents.

**IT IS SO ORDERED.**

_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: May 9, 2019